**IN THE COURT OF APPEALS OF THE STATE OF IDAHO**

**Docket No. 44891**

| | |
|---|---|
| STATE OF IDAHO, | ) 2017 Unpublished Opinion No. 634 |
| | ) |
| Plaintiff-Respondent, | ) Filed: October 26, 2017 |
| | ) |
| v. | ) Karel A. Lehrman, Clerk |
| | ) |
| JAKE STEVEN TYLER, | ) THIS IS AN UNPUBLISHED |
| | ) OPINION AND SHALL NOT |
| Defendant-Appellant. | ) BE CITED AS AUTHORITY |
| | ) |

Appeal from the District Court of the Fourth Judicial District, State of Idaho, Ada County. Hon. Samuel A. Hoagland, District Judge.

Judgment of conviction / order retaining jurisdiction and unified sentence of seven years, with a minimum period of confinement of three years, for possession of a controlled substance, affirmed.

Eric D. Fredericksen, State Appellate Public Defender; Reed P. Anderson, Deputy Appellate Public Defender, Boise, for appellant.

Hon. Lawrence G. Wasden, Attorney General; Lori A. Fleming, Deputy Attorney General, Boise, for respondent.

_____

Before GRATTON, Chief Judge; GUTIERREZ, Judge;
and HUSKEY, Judge

_____

PER CURIAM

Jake Steven Tyler pleaded guilty to possession of a controlled substance, Idaho Code § 37-2732(c)(1)(F). The district court imposed a unified seven-year sentence, with three years determinate, suspended the sentence, and retained jurisdiction. Tyler appeals, contending that his underlying sentence is excessive.

Sentencing is a matter for the trial court's discretion. Both our standard of review and the factors to be considered in evaluating the reasonableness of the sentence are well established and need not be repeated here. *See State v. Hernandez*, 121 Idaho 114, 117-18, 822 P.2d 1011, 1014-15 (Ct. App. 1991); *State v. Lopez*, 106 Idaho 447, 449-51, 680 P.2d 869, 871-73 (Ct. App.

1

1984); *State v. Toohill*, 103 Idaho 565, 568, 650 P.2d 707, 710 (Ct. App. 1982). When reviewing the length of a sentence, we consider the defendant's entire sentence. *State v. Oliver*, 144 Idaho 722, 726, 170 P.3d 387, 391 (2007). Applying these standards, and having reviewed the record in this case, we cannot say that the district court abused its discretion.

Therefore, Tyler's judgment of conviction and sentence are affirmed.